**From:** Kate Derr <kderr@pvwlaw.com>
**To:** Steve Woolley <SteveWoolley@mgwl.com>; Donald L. Swanson; John Liakos <jliakos@liakoslaw.com>
**Sent:** Tue Jan 18 12:52:29 2011
**Subject:** RE: Golf Property

Steve, John and Don – My client, Golf Property Investments, LLC has agreed to the granting of Taylor Family Trust's motion for relief. I spoke to Laurie at the court, and there will be no need for a hearing today. I will be filing a motion to dismiss the bankruptcy.

Kathryn J. Derr

Attorney

Parsonage Vandenack Williams LLC

Attorneys at Law

www.pvwlaw.com

5332 South 138th St., Suite 100

Omaha, NE 68137

kderr@pvwlaw.com

Phone 402.504.1300

Fax 402.504.1935

The message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by email at kderr@pvwlaw.com or by telephone at 402.504.1300, permanently delete this message and any attachments from your system and destroy any hard copies of this message and any attachments.


IRS Circular 230 Disclosure

**EXHIBIT A**

Please be advised that any tax advice contained in the message or any attachment is not intended, was not written to be used, and cannot be used for the purpose of (ii) avoiding penalties that may be imposed on such person under the Internal Revenue Code or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in the message or any attachment.