IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK10-83008 |
| | ) | Chapter 11 |
| GOLF PROPERTY INVESTMENTS, LLC, | ) ) | |
| | ) | |
| Debtor. | ) ) | |

## MOTION FOR ORDER DISMISSING CASE
## PURSUANT TO 11 U.S.C. § 1112

Golf Property Investments, Inc., Debtor and Debtor in possession herein (the "Debtor") respectfully moves the Court for an order dismissing the Debtor's chapter 11 case. In support of this Motion, the Debtor states as follows:

### I.
### INTRODUCTION

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 157(a) and 1334 and Order of the District Court of the District of Nebraska. This is a core proceeding under 28 U.S.C. § 157(b).

2. This Motion is filed under 11 U.S.C. § 1112, Fed. R. Bankr. P. 9013 and Local Rule 9013.

3. On October 18, 2010, the Debtor filed its voluntary petition for relief under chapter 11 of Title 11, United States Code. The Debtor is in possession of its property and operating its business pursuant to 11 U.S.C. §§ 1107 and 1108.

4. No trustee or examiner has been appointed. No Official Committee of Unsecured Creditors has been appointed pursuant to 11 U.S.C. § 1102.

5. The Debtor, Golf Property Investments, LLC, is the owner of partially undeveloped residential real estate located in Deer Creek Highlands subdivision, in Omaha, Douglas County, Nebraska.

II.

## REQUEST FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1112

6. Pursuant to section 1112, the Debtor, as a party in interest, requests the Court enter an order dismissing this chapter 11 case.

WHEREFORE, the Debtor requests the Court enter an order dismissing this chapter 11 case, and granting such other and further relief as is just and necessary.

Dated this 30th day of March 2011.

GOLF PROPERTY   INVESTMENTS, LLC,
Debtor

By: /s/ *Kathryn J. Derr*
    Kathryn J. Derr, # 19275
    5332 South 138th Street, Suite 100
    Omaha, NE 68137
    Telephone: (402) 504-1300
    Facsimile: (402) 504-1935
    Email: kderr@pvwlaw.com

ITS ATTORNEYS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK10-83008 |
| | ) | Chapter 11 |
| GOLF PROPERTY INVESTMENTS, LLC, | ) ) | |
| | ) | |
| Debtor. | ) ) | |

NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO:   All parties on the Exhibit A to the Certificate Of Service attached to this Notice.

**NOTICE IS HEREBY GIVEN** that the Debtors in the above-captioned case have filed their **Motion For Order Dismissing Case Pursuant to 11 U.S.C. § 1112** (the "**Motion**") with the office of the Clerk of the U.S. Bankruptcy Court, U.S Courthouse, Hruska Federal Courthouse, Omaha, NE 68102.

**NOTICE IS FURTHER GIVEN:**

1. Pursuant to Local Rule 9013, objections/resistances to the **Motion** must be filed with the Court on or before **Wednesday, April 21, 2011**.

2. Any objection/resistance shall be filed pursuant to Local Rule 9013.

3. The Debtor requests that any objection/resistance filed with the Court be mailed to Kathryn J. Derr, 5332 South 138th Street, Suite 100, Omaha, Nebraska 68137.

**Parties are requested to govern themselves accordingly.**

Dated this 30th day of March 2011.

RESPECTFULLY SUBMITTED:

By:/s/ *Kathryn J. Derr*
   Kathryn J. Derr, # 19275
   5332 South 138th Street, Suite 100
   Omaha, NE 68137
   Telephone: (402) 504-1300
   Facsimile: (402) 504-1935
Attorney for the Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of March 2011, I electronically filed the above-referenced pleading in the above-captioned case with Clerk of the United States Bankruptcy Court using the CM-ECF System which sent electronic notification of such filing to those parties receiving electronic notice therein, and served a copy via United States First Class mail, postage prepaid, to all parties on the attached Exhibit A.

*/s/ Kathryn J. Derr*

Croker Huck Law Firm
2120 South 72nd Street, Suite 1250
Omaha, NE  68124

Dan Livingston
7407 North 116th Avenue Circle
Omaha, NE  68154

Douglas County Treasurer
1819 Farnam Street
Omaha, NE  68102

E & A Engineering
330 North 117th Street
Omaha, NE  68154

Lutz & Company
13616 California Street, Suite 300
Omaha, NE  68154

Maintenance - Geis, Inc.
6721 Clear Creek Cicle
Papillion, NE  68133

Northwest Holding LLC
PO Box 180
431 202nd Street
Arnolds Park, IA  51331

SID 499
Attn:  John Bachman
10250 Regency Circle, Suite 300
Omaha, NE  68114

Taylor Family Trust
17130 21st Avenue SE
Bothell, WA  98012

Exhibit A